IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 10-cr-00085-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SANDI L. HILL,

    Defendant.

---

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that a status/scheduling hearing regarding Defendant Hill is set **Wednesday, March 17, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: February 24, 2010