## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00085-LTB

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

1. **SANDI L. HILL,**

       Defendant.

---

## ORDER

---

THIS MATTER comes before the Court on Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i).

HAVING REVIEWED the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same, and it is therefore

ORDERED that the Government's motion is granted, and that grand jury testimony may be disclosed to the Defendant and her attorney in the course of discovery in this case.  It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to the defendant and her attorney; that the defendant's

attorney shall maintain custody of such materials, and shall not disseminate the same; and

that such materials shall be returned to the United States at the end of the case.

DATED this ___25th___ day of ___February___, 2010.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, JUDGE
U.S. DISTRICT COURT JUDGE
DISTRICT OF COLORADO