**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 10-cr-00085-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. SANDI L. HILL,

        Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that pursuant to Defendant's Notice of Disposition (Doc 22 - filed June 24, 2010), a change of plea hearing regarding Defendant Hill is set **Friday, July 16, 2010 at 11:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: June 29, 2010