# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00085-LTB

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

1. **SANDI L. HILL,**

    Defendant.

---

# ORDER

---

Upon the motion of the United States of America, and for good cause shown, it is

ORDERED that Count One of the Indictment in the above-captioned case are dismissed.

Date:   September 28  , 2010.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

'